IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARSHA RHODES, individually and as
Personal Representative for the Estate of
VIRGINIA TOLLESON, Deceased,**

      Plaintiff,

v.                                    No. 1:11-cv-00483-GBW-LAM

**THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY, INC.,
A Foreign Corporation, d/b/a GOOD
SAMARITAN SOCIETY – LAS CRUCES VILLAGE,**

      **Defendants.**

## STIPULATED ORDER FOR SUBSTITUTION OF PARTY

**THIS MATTER** having come before the Court upon the parties' *Stipulated Motion for Substitution of Party (Doc. 5)* and the Court being fully advised in the matter, finds that good cause exists and the motion shall be granted.

**IT IS THEREFORE ORDERED** that Defendant Good Samaritan Society, Inc. be dismissed from this action without prejudice and that The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Las Cruces Village be substituted as the proper defendant. It appears that counsel currently of record for Good Samaritan Society, Inc. will continue in this action as counsel for The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Las Cruces Village and that Plaintiff does not need to serve The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Las Cruces Village because counsel have already filed an answer on behalf of that entity (*see* [*Doc. 6*]).

    **IT IS SO ORDERED.**

                                               _____
                                               **LOURDES A. MARTÍNEZ
                                               UNITED STATES MAGISTRATE JUDGE**